**Myron N. WEINSTEIN,
Plaintiff–Appellant,**

v.

**GEORGIA STATE BOARD OF EXAMINERS OF PSYCHOLOGISTS, et al., Defendants–Appellees.**

No. 12–13376.

United States Court of Appeals,
Eleventh Circuit.

May 24, 2013.

David Edward Oles, Sr., Alpharetta, GA, for Plaintiff–Appellant.

Heather C. McGrotty, Hall Booth Smith, PC, Atlanta, GA, Samuel Scott Olens, Susan Elizabeth Teaster, Attorney General's Office, State of Georgia, Atlanta, GA, for Defendant–Appellees.

Before HULL, WILSON and FARRIS,* Circuit Judges.

---

* Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by

600

PER CURIAM:

Plaintiff–Appellant Myron Weinstein appeals the district court's April 3, 2012 order granting Defendants–Appellees' motion to dismiss on abstention grounds. After review and with the benefit of oral argument, we conclude that the district court did not abuse its discretion in granting Defendants–Appellees' motion to dismiss and abstaining under *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971). *See Green v. Jefferson Cnty. Comm'n*, 563 F.3d 1243, 1248 (11th Cir.2009) ("We review a district court's decision to abstain from exercising its jurisdiction for an abuse of discretion.").

AFFIRMED.[1]

1. After oral argument on May 17, 2013, Plaintiff–Appellant Weinstein tendered a handwritten request to supplement the record on appeal. On May 22, 2013, Weinstein filed a formal motion also requesting to supplement the record on appeal. We deny the requests because we are not inclined to consider documents that were not filed or considered by the district court in the first instance.